UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM CHARLES WELLBORN,<br><br>Defendant. | NO. 2:14-CR-32-JLQ-1<br><br>ORDER ACCEPTING GUILTY PLEA |

This court finds Defendant's plea of guilty on April 1, 2014, to Count 1 of the INDICTMENT filed on February 20, 2014, is voluntary and not induced by fear, coercion or ignorance. The court further finds that this plea was given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, the consequences, and that the facts admitted to by the Defendant in open court, constitute the essential elements of the crime as charged.

**IT IS ORDERED** that the Guilty Plea is ACCEPTED, and all pending motions are denied as moot.

Dated April 3, 2014.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

Order Accepting Guilty Plea